

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2021

No. 04-21-00203-CR

**EX PARTE ARMANDO RAMOS**

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6442-W1
Honorable Velia J. Meza, Judge Presiding

# O R D E R

On April 9, 2021, the trial court signed an order denying Armando Ramos's application for post-conviction writ of habeus corpus. The clerk's record does not include the trial court's certification of defendant's right of appeal. *See* TEX. R. APP. P. 25.2(a)(2), (d). Texas Rule of Appellate Procedure 25.2(a)(2) requires the trial court to sign a certification of the defendant's right of appeal each time it enters a judgment of guilt or other appealable order. Rule 25.2(d) requires the clerk's record to include the trial court's certification of the defendant's right of appeal under Rule 25.2(a)(2). TEX. R. APP. P. 25.2(d). Although this certification "should be part of the record when notice is filed," it "may be added by timely amendment or supplementation under this rule or . . . by order of the appellate court under Rule 34.5(c)(2)." TEX. R. APP. P. 25.2(d); *see also* TEX. R. APP. P. 34.5(c)(2) (explaining that "[i]f the appellate court in a criminal case orders the trial court to prepare and file . . . [a] certification of the defendant's right of appeal as required by these rules, the trial court clerk must prepare, certify, and file in the appellate court a supplemental clerk's record"). If a certification showing the defendant has the right to appeal is not made part of the record under these rules, the appeal must be dismissed. TEX. R. APP. P. 25.2(d).

Because the clerk's record does not include the trial court's certification of defendant's right of appeal following its denial of Ramos's application for post-conviction writ of habeus corpus, we ORDER the trial court, if it has not yet signed a certification of defendants right of appeal, to sign such a certification **on or before July 30, 2021**. We further ORDER the trial court clerk to file a supplemental clerk's record containing the trial court's certification of defendant's right of appeal **on or before August 9, 2021**.

_____
Lori I. Valenzuela, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2021.



MICHAEL A. CRUZ, Clerk of Court